IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :
                            :
          vs.               :      CRIMINAL NO. 12-127
                            :
JOAN FREITAG RYAN           :
                            :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

AND NOW, this 19th day of February, 2013, came the attorney for the Government and the defendant being present with counsel, and

[]   The Court having granted the defendant's motion for judgment of acquittal as to:

[]   A jury has been waived, and the Court has found the defendant not guilty as to:

[**X**]   The jury has returned its verdict, finding the defendant not guilty as to: <u>Counts 2 through 8 of the Indictment.</u>

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

                                        BY THE COURT:


                                         /s/ Gene E.K. Pratter
                                        GENE E. K. PRATTER
                                        United States District Judge

cc:    U.S. Marshal
       Probation Office
       Counsel


Cr 1 (8/80)